# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § § | CIVIL ACTION NO. H-08-2285 |
| MAGGIE RILEY-HAGAN, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this action is dismissed without prejudice.

SIGNED on December 9, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge